UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOHN HARRIS,

                Plaintiff,                              **JUDGMENT**
                                                                  05-CV-2870 (RRM)

  - against -

WILLIAM E. PHILLIPS, ACTING
SUPERINTENDENT, GREEN HAVEN
CORRECTIONAL FACILITY,

                Defendant.
----------------------------------------------------------X

      A Memorandum and Order of the undersigned having been filed this day denying the petition for a writ of habeas corpus, it is

      ORDERED, ADJUDGED and DECREED that petitioner take nothing of respondent; and that the petition for a writ of habeas corpus is dismissed; and that this case is hereby closed. The Clerk of Court is directed to mail a copy of this Judgment and the Memorandum and Order to the Petitioner.

Dated:  Brooklyn, New York
          March 28, 2013

                                                         *Roslynn R. Mauskopf*
                                                      _____
                                                      ROSLYNN R. MAUSKOPF
                                                      United States District Judge